CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
JERRI KAY-PHILLIPS, SBN 314857
jkay-phillips@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for NEXT GEN PROPERTIES LLC and THE FLOOR STORE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

v.

NEXT GEN PROPERTIES LLC, a California Limited Liability Company;
THE FLOOR STORE, INC., a California Corporation;
and Does 1-10,

Defendants,

Case: 3:16-CV-07023-JCS

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)**

## STIPULATION

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 10/2/17

CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: 10/2/17

HANSON BRIDGETT LLP

By: /s/Jerri Kay-Phillips
Jerri Kay-Phillips
Kurt A. Franklin
Attorneys for Defendants
Next Gen Properties LLC, and The Floor Store, Inc.

Dated: October 4, 2017

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jerri Kay-Phillips, counsel for Next Gen Properties LLC, and The Floor Store, Inc., and that I have obtained Ms. Kay-Phillips' authorization to affix her electronic signature to this document.

Dated: 10/2/17

CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
Phyl Grace
Attorneys for Plaintiff